UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LESHAWN DAWSON,

                Plaintiff,

        -against-

KARCHER NORTH AMERICA, INC.,
                Defendant.
-----------------------------------------------------------X

20 civ 6745 (JGK)

**ORDER**

A pre-motion conference having been held on October 21, 2020, and the Court, having set a motion schedule,

The conference scheduled for November 24, 2020, at 2:30pm, is canceled..

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 23, 2020